OPINION — AG — ** COUNTY COMMISSIONERS — MOTOR CARRIERS — DUMPING SALT WATER ** NEITHER A MOTOR CARRIER 'NOR' THE COUNTY COMMISSIONERS MAY LAWFULLY DUMP SALT WATER ON COUNTY ROADS. (STREETS, HIGHWAYS, ROADS) CITE: 29 O.S. 7-401 [29-7-401], 47 O.S. 177.3 [47-177.3], 47 O.S. 177.2 [47-177.2] 52 O.S. 139 [52-139], 82 O.S. 926.1 [82-926.1], 82 O.S. 926.4 [82-926.4], 21 O.S. 172 [21-172], OPINION NO. 67-141, OPINION NO. 67-142 (JAMES R. BARNETT)